ALCIDE FRENETTE, Plaintiff, v. YELLOW TAXI CORPORATION, NEW YORK, Respondent, and NICHOLAS PEPE, Appellant. CARL FROESCHLE, Plaintiff, v. YELLOW TAXI CORPORATION, NEW YORK, Respondent, and NICHOLAS PEPE,

Appellant. RAYMOND UNDERHILL, Respondent, v. NICHOLAS PEPE, Appellant. YELLOW TAXI CORPORATION, NEW YORK, Respondent, v. NICHOLAS PEPE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.